**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1926

ROSE C. POWELL,

        Plaintiff - Appellant,

    v.

TONY A. KELLER; JORGE SOSA; JASON COY REID; TIMOTHY JAMES
BREWER; LARRY WATERS; WILLIAM A. BRAFFORD; GRETCHEN C. F.
SHAPPERT; RICHARD L. VOORHEES; CARL HORN, MAGISTRATE JUDGE;
GREGORY A. FOREST; JAYME MILLER; US MARSHAL SERVICE; CATAWBA
COUNTY; CATAWBA COUNTY COMMISSIONERS; SHERIFF OF CATAWBA
COUNTY; CATAWBA COUNTY SHERIFF'S DEPARTMENT; COLDWELL
BANKER; BOYD HASSELL INDUSTRIAL COMMERCIAL PROPERTIES;
ELVALORIE MATTHEWS; RICHARD MCDONNELL; MARK T. CALLOWAY;
NEWTON POLICE DEPARTMENT; CONOVER POLICE DEPARTMENT,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:11-cv-00055-GCM)

Submitted:  February 16, 2012    Decided:  February 21, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rose C. Powell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rose C. Powell appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Powell's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment and deny Powell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>